Robert David Baker, Inc.
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA 95127
(408) 251-3400 Telephone
(408) 251-3401 Facsimile

Attorney for Plaintiff
DORIS SEGURA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DORIS SEGURA, | CASE NO. C 14-01565 PSG |
|---|---|
| Plaintiff, | |
| vs. | EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME FOR ADR |
| CREPE VINE; LUNA TP, INC; MZM FAKHOURI, INC.; MAZEN FAKHOURI; SAM FAKHOURI; DOES 1-50; ROES 1-50 | |
| Defendants. | |

TO: HONORABLE MAGISTRATE JUDGE PAUL S. GREWAL; COUNSEL OF RECORD

PLEASE TAKE NOTICE: that the parties through their respective attorneys, move this court ex parte for an order extending the time in which to mediate this case through the court ADR Unit.

Good cause for the extension exists because it is necessary that discovery be conducted prior to the mediation proceedings, and the parties' schedules and the mediator's schedule do not permit sufficient time to conduct the necessary discovery and mediate this case prior to the present deadline for mediation, which is July 21, 2014. The Case Management Conference was held on May 27, 2014, however, the ADR clock began running before that date. The parties held

a mediation scheduling counsel with the mediator, Carol Millie on June 5th, 2014 and it was agreed between the Parties and the mediator that for the above-referenced reason, the parties would seek an extension from this court, so that the mediation may be held on August 1, 2014.

This application is based upon this application, the stipulation of the parties, and on all other documents and records in the above-entitled matter.

Dated: June 11, 2014

_____
Robert David Baker, Esq.

## STIPULATION

The parties, through their respective attorneys, stipulate as follows;

1. The underlying claims in this matter are pregnancy discrimination under the California Pregnancy Leave Law and Wage and Hour violations under the FLSA;

2. The present date by which to mediate this matter is July 21, 2014;

3. Because of the need to conduct discovery, counsels' schedule, and the mediator's unavailability on July 21, 2014, the parties and the mediator have agreed to request that this court extend the time in which to mediate this matter to August 15, 2014.  The parties and the mediator have tentatively set a date of August 1, 2014 to mediate this matter, pending the court's order extending time to mediate the case;

4. Therefore, it is respectfully requested that this court extend the time in which to mediate this matter to August 15, 2014.

IT IS SO STIPULATED

Dated: June 11, 2014

_____
Robert David Baker, Esq.

Dated June 11, 2012

_____
Kyle L. Schriner

## ORDER

Based upon the application of the parties and the stipulation of counsel, and no objection from the Mediator,

AND FOR GOOD CAUSE APPEARING,

IT IS SO ORDERED, that the time in which to mediate the above-entitled matter is extended to August 15, 2014.

Dated: June 11, 2014

_____
Magistrate Judge Paul S. Grewal
United States District Court