UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| DORIS SEGURA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUNA T.P., INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-1565 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　August 1, 2014<br>Mediator:　Carol Webster Millie |

　　　IT IS HEREBY ORDERED that the request to excuse defendants' insurer representative, Jeffrey H. Schervone, from appearing in person at the August 1, 2014, mediation before Carol Webster Millie is GRANTED.  Mr. Schervone shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

June 24, 2014　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　United States Magistrate Judge