**LAW OFFICES ROBERT DAVID BAKER**
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA 95127
(408) 251-3400 telephone
(408) 251-3401 fax

Attorney for Plaintiff,
DORIS SEGURA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DORIS SEGURA, | CASE NO. C 14-01565 PSG |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(ii)] |
| CREPE VINE; LUNA TP, INC; MZM FAKHOURI, INC.; MAZEN FAKHOURI; SAM FAKHOURI, | |
| Defendants. | |

TO: UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE: that the parties in the above-entitled matter stipulate to a dismissal with prejudice of the complaint on file in the above-entitled matter.

IT IS SO STIPULATED,

Dated: August 20, 2014

ROBERT DAVID BAKER, ESQ.
Attorney For Plaintiff, Doris Segura

Dated: 8/19/2014

KYLE SCHRINER, Esq.
Attorney For Defendants, ~~TP Luna, Inc.~~ All

Segura v. Crepe Vine, et al; C 14-01565 PSG
Stipulation for Dismissal
PAGE 1